**Appeal No.    2020AP1526**

Cir. Ct. No.  2018TR248
2018TR277

**STATE OF WISCONSIN**

**IN COURT OF APPEALS
DISTRICT III**

COUNTY OF BUFFALO,

PLAINTIFF-RESPONDENT,

FILED

V.

June 20, 2022

KEVIN J. RICH,

Sheila T. Reiff
Clerk of Court of Appeals

DEFENDANT-APPELLANT.

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
Electronic Notice

Hon. Rian Radtke
Circuit Court Judge
Electronic Notice

Court of Appeals District I
Electronic Notice

Roselle Schlosser
Clerk of Circuit Court
Buffalo County Courthouse

Court of Appeals District III
Electronic Notice

Electronic Notice

Christina Plum, Sarah Motiff
Court of Appeals
Electronic Notice

Thomas J. Bilski
Electronic Notice

Court of Appeals District II
Electronic Notice

Robert Paul Maxey
Electronic Notice

Court of Appeals District IV
Electronic Notice

Adam P. Nero
Electronic Notice

PLEASE TAKE NOTICE that corrections to a statute reference were

made to paragraphs 14 and 16 in the above-captioned opinion which was released

on June 7, 2022. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.